**IRELAND**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | FILED UNDER SEAL |
| ) | |
| ) | Cr. No. 2:25-cr-20027-SHL |
| **Plaintiff,** ) | |
| ) | 17 U.S.C. § 506(a)(1)(A) |
| vs. ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 2314 |
| **STEVEN R. HALE,** ) | 18 U.S.C. § 2319(a) & (b)(1) |
| ) | |
| **Defendant.** ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At all times relevant to this Indictment:

Victim-1 was a multinational company that provided creative services and technology products to the entertainment, media, and communication industries, and had an office in Memphis, Tennessee. A division of Victim-1 manufactured and distributed digital video discs ("DVDs") and Blu-ray discs ("Blu-rays").

From in or about February 2021, to in or about March 2022, defendant **STEVEN R. HALE** worked at Victim-1 in Memphis, Tennessee, handling DVDs and Blu-rays. Many of these DVDs and Blu-rays were being prepared for commercial distribution in the United States and not yet available for sale to the public, that is, they were "pre-release" DVDs and Blu-rays.

Defendant **STEVEN R. HALE** stole numerous pre-release DVDs and Blu-rays from Victim-1 and sold them over the internet through e-commerce sites. At least one pre-release Blu-ray that Hale stole and sold, "Spider-Man: No Way Home," was

"ripped"—that is, extracted from the Blu-ray by bypassing the encryption that prevents unauthorized copying—copied, and made available over the internet more than a month before the Blu-ray's official scheduled release date. Copies of "Spider-Man: No Way Home," were downloaded tens of millions of times, with an estimated loss to the copyright owner of tens of millions of dollars.

## COUNT 1

### (CRIMINAL COPYRIGHT INFRINGEMENT)

Between on or about May 18, 2021, and on or about November 13, 2021, in the Western District of Tennessee and elsewhere the defendant,

**STEVEN R. HALE,**

did willfully, and for purposes of commercial advantage and private financial gain, infringe a copyright by distributing during a 180-day period ten or more copies of one or more copyrighted works, including pre-release copies of the motion pictures "Godzilla v. Kong," "Cruella," "F9: The Fast Saga," "The Boss Baby 2: Family Business," "Escape Room: Tournament of Champions," "Black Widow," "Snake Eyes," "Old," "The Suicide Squad," "Free Guy," and "Candyman," and others, together having a total retail value of more than $2,500; all in violation of Title 17, United States Code, Section 506(a)(1)(A), Title 18, United States Code, Sections 2319(a) and (b)(1), and Section 2.

## COUNT 2

### (CRIMINAL COPYRIGHT INFRINGEMENT)

Between on or about November 14, 2021, and on or about May 12, 2022, in the Western District of Tennessee and elsewhere the defendant,

**STEVEN R. HALE,**

did willfully, and for purposes of commercial advantage and private financial gain, infringe

2

a copyright by distributing during a 180-day period ten or more copies of one or more copyrighted works, including pre-release copies of the motion pictures "Jungle Cruise," "Venom: Let There Be Carnage," "Shang-Chi and the Legend of the Ten Rings," "Resident Evil: Welcome to Raccoon City," "Encanto," "Eternals," "The King's Man," "The Matrix Resurrections," "Marry Me," "Sing 2," "Spider-Man: No Way Home," and others, together having a total retail value of more than $2,500; all in violation of Title 17, United States Code, Section 506(a)(1)(A), Title 18, United States Code, Sections 2319(a) and (b)(1), and Section 2.

## COUNT 3

### (INTERSTATE TRANSPORTATION OF STOLEN GOODS)

Between on or about February 11, 2021, and on or about March 27, 2022, in the Western District of Tennessee and elsewhere the defendant,

**STEVEN R. HALE,**

transported and transferred, in interstate and foreign commerce, goods, wares, and merchandise with a value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud; all in violation of Title 18, United States Code, Section 2314 and Section 2.

A TRUE BILL:

_____
F O R E P E R S O N

DATED: **February 13, 2025**

_____
REAGAN TAYLOR FONDREN
ACTING UNITED STATES ATTORNEY

3