# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cr. Nos. 2:25-cr-20027-SHL |
| v. ) | 2:25-cr-20042-MSN |
| ) | |
| STEVEN R. HALE, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONSOLIDATE CASES BEFORE A SINGLE COURT

COMES NOW the United States of America, by and through Reagan Taylor Fondren, Acting United States Attorney for the Western District of Tennessee, and Raney Irwin, Assistant United States Attorney, and moves this Court to consolidate *United States v. Steven R. Hale*, Cr. No. 2:25-cr-20027-SHL, and *United States v. Steven R. Hale*, Cr. No. 2:25-cr-20042-MSN, before a single judge so that both cases can be disposed of by the same judge.

Defendant Steven R. Hale is charged in Cr. No. 2:25-cr-20027-SHL, currently pending before U.S. District Court Judge Sheryl H. Lipman, with criminal copyright infringement and interstate transportation of stolen goods. In Cr. No. 2:25-cr-20042-MSN, currently pending before U.S. District Court Judge Mark S. Norris, the defendant is charged with being a convicted felon in possession of a firearm and ammunition. Consolidation of the two cases so that they are handled by a single judge would promote judicial economy.

1

Hale is the sole defendant and is represented by the same defense attorney in both cases. As such, the government submits that consolidating the two cases would be more efficient.

First, consolidation would simplify and streamline the process of scheduling court appearances and hearings. Second, consolidation would require only one judge master information about the cases rather than taking up the limited time of two judges. Finally, consolidation would promote consistency in any rulings that may overlap in the two cases. The government, however, is not seeking consolidation of the trials in the event both cases proceed to trial.

Counsel for the government has conferred with defense counsel, Mr. Needum Germany, who has no objection to this motion. A draft order granting this motion has been submitted to both chambers following the filing of this motion.

> Respectfully submitted,
>
> REAGAN FONDREN TAYLOR
> Acting United States Attorney
>
> s/ Raney Irwin
> RANEY IRWIN
> Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street, 8th Floor
> Memphis, Tennessee 38103
> (901) 544-4231
> raney.irwin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Raney Irwin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing document has been filed via the District Court's electronic case filing system.

This day, March 11, 2025

/s/ Raney Irwin
Assistant United States Attorney
